# Court of Appeals
# of the State of Georgia

ATLANTA,____June 14, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16D0393.  SEAN ROWLES v. ROBERTA ROWLES.

Sean Rowles and Roberta Rowles divorced in 2014.  Sean Rowles filed a motion to set aside the final order and divorce decree pursuant to OCGA § 9-11-60 (d) (2), alleging that he was coerced into signing the parties' settlement agreement that was incorporated into the divorce decree. The trial court granted Sean Rowles's motion as it pertained to the issues of custody, parenting time and child support, but it denied the motion as to the remaining provisions of the settlement agreement.  Sean Rowles now seeks discretionary review before this Court.  We, however, lack jurisdiction.

Under the Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." As the underlying subject matter of this application is divorce, it is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____06/14/2016_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*